ANDREW WONG (218398)
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile: (702) 737-7705

Attorneys for Defendant
HEALTH PLAN OF NEVADA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD,<br><br>Plaintiff<br><br>vs.<br><br>HEALTH PLAN OF NEVADA, INC.; and DOES 1 THROUGH 25, INCLUSIVE<br><br>Defendants | CASE NO. C08 02391 PVT<br><br>**ANSWER TO COMPLAINT** |

COMES NOW, Defendant Health Plan of Nevada, Inc. ("HPN") by and through its counsel Andrew Wong and hereby responds to the allegations in Plaintiff's Complaint as follows:

**PARTIES**

1. HPN admits that Plaintiff is a California corporation. Otherwise, HPN is without sufficient knowledge to deny the allegations in paragraph 1 of Plaintiff's Complaint and, therefore, denies the same.

2. HPN admits that its principal place of business is in Las Vegas, County of Clark, Nevada, but HPN denies the remaining allegations in paragraph 2 of Plaintiff's Complaint.

3. HPN is without sufficient knowledge to deny the allegations in paragraph 3 of Plaintiff's Complaint and, therefore, denies the same.

///

4.  HPN objects to referring to the "Doe" defendants as HPN and responds to the Complaint only on behalf of itself.

5.  HPN denies the allegations in paragraph 5 of Plaintiff's Complaint.

6.  HPN denies the allegations in paragraph 6 of Plaintiff's Complaint.

**COMMON FACTUAL BACKGROUND**

7.  HPN admits that it entered into a Letter of Agreement ("LOA") with Hospital but denies the remaining allegations set forth in paragraph 7 of Plaintiff's Complaint.

8.  HPN asserts that the LOA speaks for itself, so denies the allegations in paragraph 8 of Plaintiff's Complaint.

9.  HPN denise the allegations in paragraph 9 of Plaintiff's Complaint.

10. HPN is without sufficient knowledge to deny the allegations in paragraph 10 of Plaintiff's Complaint and, therefore, denies the same.

11. HPN denies the allegations in paragraph 11 of Plaintiff's Complaint.

12. HPN denies the allegations in paragraph 12 of Plaintiff's Complaint.

13. HPN denies the allegations in paragraph 13 of Plaintiff's Complaint.

14. HPN denies the allegations in paragraph 14 of Plaintiff's Complaint.

15. HPN denies the allegations in paragraph 15 of Plaintiff's Complaint.

16. HPN denies the allegations in paragraph 16 of Plaintiff's Complaint.

**FIRST CAUSE OF ACTION**

17. HPN incorporates by reference paragraphs 1-16 of its answer.

18. HPN denies the allegations in paragraph 18 of Plaintiff's Complaint.

19. HPN denies the allegations in paragraph 19 of Plaintiff's Complaint.

20. HPN denies the allegations in paragraph 20 of Plaintiff's Complaint.

21. HPN denies the allegations in paragraph 21 of Plaintiff's Complaint.

22. HPN denies the allegations in paragraph 22 of Plaintiff's Complaint.

**SECOND CAUSE OF ACTION**

23. HPN incorporates by reference paragraphs 1-16 of its answer.

24. HPN denies the allegations in paragraph 24 of Plaintiff's Complaint.

JONES VARGAS
3773 Howard Hughes Parkway - Third Floor South
Las Vegas, Nevada 89169
Tel: (702) 862-3300   Fax: (702) 737-7705

25. HPN denies the allegations in paragraph 25 of Plaintiff's Complaint.
26. HPN denies the allegations in paragraph 26 of Plaintiff's Complaint.
27. HPN denies the allegations in paragraph 27 of Plaintiff's Complaint.
28. HPN denies the allegations in paragraph 28 of Plaintiff's Complaint.
29. HPN denies the allegations in paragraph 29 of Plaintiff's Complaint.
30. HPN denies the allegations in paragraph 30 of Plaintiff's Complaint.

### THIRD CAUSE OF ACTION

31. HPN incorporates by reference paragraphs 1-16 of its answer.
32. HPN denies the allegations in paragraph 32 of Plaintiff's Complaint.
33. HPN denies the allegations in paragraph 33 of Plaintiff's Complaint.
34. HPN denies the allegations in paragraph 34 of Plaintiff's Complaint.
35. HPN denies the allegations in paragraph 35 of Plaintiff's Complaint.

### DEFENSES

By alleging the defenses set forth below as affirmative defenses, HPN is not in any way agreeing or conceding that it has either the burden of proof or the burden of persuasion on any of these issues.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state causes of action for which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

HPN is entitled to a set-off and/or recoupment to the extent Plaintiff received any overpayment or payment in error, including, but not limited to, payments for services not rendered, and/or for services improperly billed, and/or for services for which HPN was under no obligation to pay.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred under the theories of estoppel and waiver.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of accord and satisfaction.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because Plaintiff has failed to exhaust appeals and/or administrative remedies.

### SIXTH AFFIRMATIVE DEFENSE

HPN has paid all amounts due under the contract between the parties.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations and/or the doctrine of laches.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff has been paid by HPN, HPN's members, and/or third parties.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred to the extent that its claim of damages is too remote and too speculative to form the basis for the relief.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff's charges are unreasonable and cannot be justified, and any damages sought by Plaintiff are barred in whole or in part by Plaintiff's failure to mitigate damages.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff comes to this Court with unclean hands and, therefore, Plaintiff should not be entitled to any equitable relief.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is not ripe for judicial determination.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were caused by third parties over whom HPN had no control.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were caused by Plaintiff's conduct.

### FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff did not suffer any damages as a result of the actions of HPN.

### SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by statute, contract, or otherwise as oral modifications to insurance plans or contracts are prohibited.

### SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent the member had other coverage which was primary.

### RESERVATION OF RIGHT TO SUPPLEMENT OR AMEND

HPN reserves the right to assert additional defenses, modify existing defenses, assert any counterclaims, and/or modify any answers as a result of discovery and/or further analysis or elucidation of Plaintiff's position and allegations.

WHEREFORE, HPN prays for the following relief:

1. That Plaintiff take nothing by way of its Complaint;
2. For attorney's fees and costs;
3. For all other relief that this Court chooses to award.

DATED: May 8, 2008.

JONES VARGAS

By: _____
ANDREW WONG, ESQ.
Attorneys for Defendant
HEALTH PLAN OF NEVADA, INC.

JONES VARGAS
3773 Howard Hughes Parkway - Third Floor South
Las Vegas, Nevada 89169
Tel: (702) 862-3300   Fax: (702) 737-7705