ANDREW WONG (218398)
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile:  (702) 737-7705

Attorneys for Defendant
HEALTH PLAN OF NEVADA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD,<br><br>Plaintiff<br><br>vs.<br><br>HEALTH PLAN OF NEVADA, INC.; and DOES 1 THROUGH 25, INCLUSIVE<br><br>Defendants | CASE NO. 5:08-CV-02391-PVT<br><br>**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that this case has been assigned to the Honorable Patricia V. Trumbull, Magistrate Judge, for trial.

DATED:    May 16, 2008.

JONES VARGAS

By: /s/ Andrew Wong
ANDRES WONG, ESQ.
Attorneys for Defendant
HEALTH PLAN OF NEVADA, INC.