ANDREW WONG (218398)
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile: (702) 737-2722
Email: awong@jonesvargas.com

Attorneys for Defendant
HEALTH PLAN OF NEVADA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD,<br><br>Plaintiff<br>vs.<br><br>HEALTH PLAN OF NEVADA, INC.; and DOES 1 THROUGH 25, INCLUSIVE<br><br>Defendants | CASE NO. 5:08-cv-02391-PVT<br><br>**HEALTH PLAN OF NEVADA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**(Civil Local Rule 3-16)** |

Pursuant to Civil L.R. 3-16, the undersigned counsel of record for Defendant, Health Plan of Nevada, Inc. ("HPN"), certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Sierra Health Services, Inc. HPN is a wholly-owned subsidiary of Sierra Health Services, Inc. Sierra Health Services, Inc. was, until recently, a publicly-held corporation. Pursuant to a merger agreement involving Sierra Health Services, Inc. and UnitedHealth Group, Incorporated, the shares of common stock of Sierra Health Services, Inc. have been converted into the right to receive cash, and Sierra Health Services, Inc. is now, through other wholly-owned subsidiaries,

owned by UnitedHealth Group, Incorporated, a publicly-traded company. The assets and business of Sierra Health Services, Inc. are being held and operated separate from UnitedHealth Group, Incorporated pursuant to, inter alia, the Order of the United States District Court, District of Nevada, in civil action No. 2:08-cv-00233, captioned Nevada v. UnitedHealth Group, Incorporated and Sierra Health Services, Inc. A supplemental disclosure statement will be filed upon any change in the information provided herein.

These representations are made to enable judges of the Court to evaluate possible recusal.

DATED: June 27, 2008.

JONES VARGAS

By: /s/ ANDREW WONG
ANDREW WONG, ESQ.
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169

Attorneys for Defendant
HEALTH PLAN OF NEVADA, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2008, a true copy of the foregoing **HEALTH PLAN OF NEVADA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (Civil Local Rule 3-16)** was mailed, postage prepaid, to the following:

> Gregory C. Lehman
> Stephenson, Acquisto & Colman
> 303 N. Glenoaks Blvd., Suite 700
> Burbank, CA 91502
> Attorneys for Plaintiff
> LUCILE SALTER PACKARD CHILDREN'S
> HOSPITAL AT OAKLAND

/s/Gayle McCrea
Gayle McCrea, an employee of
Jones Vargas

JONES VARGAS
3773 Howard Hughes Parkway - Third Floor South
Las Vegas, Nevada 89169
Tel: (702) 862-3300   Fax: (702) 737-7705