ANDREW WONG (218398)
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile: (702) 737-2722
Email: awong@jonesvargas.com

Attorneys for Defendant
HEALTH PLAN OF NEVADA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD,<br><br>Plaintiff<br><br>vs.<br><br>HEALTH PLAN OF NEVADA, INC.; and DOES 1 THROUGH 25, INCLUSIVE<br><br>Defendants | CASE NO. 5:08-cv-02391-PVT<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    Early Neutral Evaluation (ENE) (ADR L.R. 5)

The parties agree to hold the ADR session by: the presumptive deadline.

DATED: August 5, 2008                               /s/ GREGORY C. LEHMAN
                                                                                 STEPHENSON, ACQUISTO & COLMAN
                                                                                 Attorneys for Plaintiff Lucile Salter Packard
                                                                                 Children's Hospital at Stanford

DATED: August 5, 2008                               /s/ ANDREW WONG
                                                                                 JONES VARGAS
                                                                                 Attorneys for Defendant
                                                                                 Health Plan of Nevada, Inc.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Early Neutral Evaluation (ENE)

Deadline for ADR session

90 days from the date of this order.

IT IS SO ORDERED.

Dated: _____                              _____

UNITED STATES MAGISTRATE JUDGE

JONES VARGAS
3773 Howard Hughes Parkway - Third Floor South
Las Vegas, Nevada 89169
Tel: (702) 862-3300   Fax: (702) 734-2722