**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **LUCILE SLATER PACKARD CHILDREN'S HOSPITAL AT STANFORD,**<br><br>Plaintiff(s),<br><br>VS.<br><br>**HEALTH PLAN OF NEVADA, INC. ET AL.,**<br><br>Defendant(s). | **C 08-2391 PVT**<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 26, 2008 before the Honorable Judge Patricia V. Trumbull has been continued to **September 26, 2008 at 10:30 a.m.,** before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before September 19, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: August 22, 2008                    RICHARD W. WIEKING,
                                          Clerk of Court
                                          /s/ Corinne Lew
                                          _____
                                          Corinne Lew
                                          Deputy Clerk