**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**August 21, 2008**

**CASE NUMBER: CV 08-02391 PVT**
**CASE TITLE: LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD-v-HEALTH PLAN OF NEVADA, INC., ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Ronald M Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/21/8

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:    8/21/02008

| | | | |
|---|---|---|---|
| Copies to: Courtroom Deputies | 8/21/2008 | Special Projects | 8/21/2008 |
| Log Book Noted | 8/21/2008 | Entered in Computer | 8/21/2008 |

CASE SYSTEMS ADMINISTRATOR:
| | | | |
|---|---|---|---|
| Copies to: All Counsel | 8/21/2008 | Transferor CSA | 8/21/2008 bjw |