CLARK VELLIS, ESQ.
CALIFORNIA BAR 118444
NEVADA BAR 005533
CONSTANCE L. AKRIDGE, ESQ. (PHV)
NEVADA BAR 003353
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile: (702) 737-2722

Attorneys for Defendant
HEALTH PLAN OF NEVADA, INC.

*E-FILED - 3/24/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, | CASE NO. 5:08-cv-02391-RMW |
|---|---|
| Plaintiff, | Assigned to the Hon. Ronald M. Whyte |
| vs. | **DEFENDANT HEALTH PLAN OF NEVADA'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [xxxxxxxxxxxxx] ORDER** |
| HEALTH PLAN OF NEVADA, INC.; and DOES 1 THROUGH 25, INCLUSIVE | |
| Defendants. | Date:   March 27, 2009<br>Time:   10:30 a.m.<br>Dept.:  Courtroom 6 |

Defendant HEALTH PLAN OF NEVADA, INC. respectfully requests that the court permit Defendant's counsel to appear telephonically at the Case Management Conference in this matter, scheduled for March 27, 2009, at 10:30 a.m.. Good cause exists for a telephonic appearance as Defendant's counsel's office is located in Las Vegas, Nevada, in Clark County.

//

//

With the Court's permission, counsel will attend the Case Management Conference by telephonic appearance.

DATED this 23rd day of March, 2009

JONES VARGAS

By: /s/ Constance L. Akridge
CLARK VELLIS, ESQ.
CALIFORNIA BAR 118444
NEVADA BAR NO 005533
CONSTANCE L. AKRIDGE, ESQ. (PHV)
NEVADA BAR NO 003353
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Attorneys for Defendant
HEALTH PLAN OF NEVADA, INC.

[[xxxxxxxxxxxx]] **ORDER**

Defendant's Request to Appear Telephonically at the Case Management Conference scheduled for March 27, 2009, at 10:30 a.m. is hereby granted.

IT IS SO ORDERED.

DATED: 3/24/09

/s/ Ronald M. Whyte
UNITED STATES DISTRICT COURT JUDGE