1
2
3
4
5                                                          *E-FILED - 5/7/09*
6
7                    UNITED STATES DISTRICT COURT
8
9                    NORTHERN DISTRICT OF CALIFORNIA

10
11  LUCILE SALTER PACKARD           | E- Filing
    CHILDREN'S HOSPITAL AT          |
12  STANFORD, a California non-profit| Case No.:   C08-02391 RMW
    public benefit corporation,     |
13                                  | HON. RONALD M. WHYTE
14              Plaintiff,          |
                                    |
15       vs.                        | [PROPOSED] ORDER OF
                                    | DISMISSAL
16  HEALTH PLAN OF NEVADA, INC., a  |
    Nevada for-profit corporation, and|
17  DOES 1 THROUGH 25, INCLUSIVE    |
18                                  |
               Defendants.          |
19
20
21
22
23  ///
24  ///
25  ///
26  ///
27  ///
28

proposed order of dismissal                    - 1 -          [PROPOSED] ORDER OF DISMISSAL

## ORDER

Pursuant to the Stipulation of Dismissal between Plaintiff LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD and Defendant HEALTH PLAN OF NEVADA, INC., it is hereby ordered that this matter be dismissed with prejudice.

Dated: 5/7/09 ~~30 March 2009~~

By: *Ronald M. Whyte*

Hon. Ronald M. Whyte
JUDGE, U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF CALIFORNIA